26a8 SRN/EMB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **INDICTMENT** |
| v. | ) 8 U.S.C. § 1326(a) |
| ARTEMIO MARTIN-MARTIN, | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien)

On or about November 10, 2025, in the State and District of Minnesota, the defendant,

**ARTEMIO MARTIN-MARTIN,**

an alien, was found in the United States after having been removed therefrom on or about February 15, 2018, not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY              FOREPERSON

SCANNED
JAN 0 6 2026
U.S. DISTRICT COURT MPLS